**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NWAOBIARA IWUORIE ) <br> CHINWEUBA IWUORIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORTGAGE LENDER NETWORK ) <br> USA, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 13-00862-VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>September 20, 2013</u>

                                            VIRGINIA A. PHILLIPS
                                      United States District Judge